AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE  District of  ALABAMA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

DERRICK JERMAINE WARREN

Case No.    2:11cr088-01-WKW

USM No.    13615-002

Cleophus Gaines , Jr.
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    1 & 2 of the Amended  Petition of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to refrain from committing another federal, state or local crime | 08/01/2012 |
| 2 | Defendant failed to report to the probation officer in a manner and frequency directed by the court or probation officer | 07/05/2012 |

The defendant is sentenced as provided in pages 2 through     3     of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec. No.: 2159

Defendant's Year of Birth:     1980

City and State of Defendant's Residence:
Greenville, Alabama

12/04/2012
Date of Imposition of Judgment

_Signature of Judge_

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

December 6, 2012
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ___2___ of ____3____

DEFENDANT:        DERRICK JERMAINE WARREN
CASE NUMBER:      2:11cr088-01-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
21 Months.  No term of supervision to follow.  The term of probation imposed on April 19, 2012 is REVOKED.

**(*)  See page 3 for additional imprisonment terms**

X    The court makes the following recommendations to the Bureau of Prisons:
     The Court recommends that defendant be designated to a facility where mental health and anger management treatment as well as vocational and educational training is available.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at  _____  ☐  a.m.   ☐  p.m.    on  _____  .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on  _____  .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
                                    UNITED STATES MARSHAL

By  _____
                          DEPUTY UNITED STATES MARSHAL

Judgment in a Criminal Case for Revocation

DERRICK JERMAIN WARREN                                        Page 3 of 3
2:11cr088-01-WKW

The sentence is a VARIANCE and is imposed for the following reasons: the nature and circumstances of the offense and the history and characteristics of the defendant, that is, defendant has shown a total disregard and contempt for the orders of the Court, and complete disrespect for the law; defendant is highly likely to recidivate;  to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.